IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRENTON L. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 0 4-3501-CV-S-SWH-SSA |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pending before the Court is plaintiff's Application For Attorney's Fees Under The Equal Access To Justice Act. (Doc. # 26)  The motion requests an award of fees and expenses in the amount of $4,759.60.  Defendant's Response To Plaintiff's Application For Attorney Fees Pursuant To The Equal Access To Justice Act states that the parties have agreed to an award of fees in the amount of $4,200.00. (Doc. # 27)   Accordingly, it is

ORDERED that plaintiff's Application For Attorney's Fees Under The Equal Access To Justice Act, doc. # 26, is granted.  Attorney fees in the amount of $4,200.00 are hereby awarded under the Equal Access to Justice Act.

                                                       */s/ Sarah W. Hays*
                                                       SARAH W. HAYS
                                               UNITED STATES MAGISTRATE JUDGE