IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| BRENTON L. DAVIS, ) | |
|     Plaintiff, ) | |
| v. ) | No. 04-3501-CV-S-SWH-SSA |
| ) | |
| JO ANNE B. BARNHART ) | |
| *Commissioner of Social Security,* ) | |
|     Defendant(s). ) | |

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**   **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

  **IT IS ORDERED**

    that plaintiff's Application for Award of Attorney's Fees under the Equal Access to Justice Act, doc. #26, is granted. Attorney fees in the amount of $4,200.00 are hereby awarded.


December 20, 2005          Patricia L. Brune
Date                       Clerk

                         */s/ Bonnie J. Rowland*
                         (by) Deputy Clerk